IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

TIMOTHY NDAKI, M.D.

    Plaintiff

v.                                           Civil Case Number: WMN 00 CV 1245

LORD & TAYLOR, et al.

    Defendants

### ORDER

Upon consideration of the Consent Motion to Revise the Scheduling Order to permit an extension of discovery up to and including November 30, 2000, it is this 27th day of October, 2000

ORDERED, that the Motion be and the same hereby is GRANTED, and it is further

ORDERED, that the deadline for the filing of pre-trial dispositive motions be and the same hereby is extended to December 15, 2000; and it is further

ORDERED, that the parties submit a status report to the Court no later than November 30, 2000.

_____
Judge William M. Nickerson
United States District Court

copies to:
(continued on page 2)

Edward C. Bacon, Esquire
BACON, THORNTON & PALMER, L.L.P.
4640 Forbes Boulevard, Suite 300
Lanham, MD 20706-4323
Attorney for Defendant Lord & Taylor

BACON, THORNTON & PALMER L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND 20706-4323
(301) 306-1981
FAX (301) 306-1988