IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

TIMOTHY NDAKI, M.D.  :

    Plaintiff  :

v.  :  Civil Case Number: WMN 00 CV 1245

LORD & TAYLOR, et al.  :

    Defendants  :

### STIPULATION OF ORDER OF DISMISSAL WITH PREJUDICE

To the Clerk:

Please mark the above-captioned case as "settled, satisfied and dismissed with prejudice" as to all Defendants.

_____
Jon O. Iweanoge, Esquire #12158
LAW OFFICES OF JON O. IWEANOGE
1010 Vermont Avenue, N.W.
Suite 600
Washington, D.C. 20005
(202) 347-7026
Attorney for Plaintiff Timothy Ndaki, M.D.

_____
Buchi N. Enechionyia, Esquire
6911 Richmond Highway
Suite 333
Alexandria, VA 22306
(703) 660-9733
Attorney for Plaintiff Timothy Ndaki, M.D.

_____
Edward C. Bacon #01256
BACON, THORNTON & PALMER, L.L.P.
4640 Forbes Boulevard, Suite 300
Lanham, MD 20706-4323
(301) 306-1981
Attorney for Defendant Lord & Taylor

APPROVED THIS 19th DAY OF March, 2001

_____
UNITED STATES DISTRICT JUDGE

BACON, THORNTON & PALMER L.L.P.
WASHINGTON BUS PARK
SUITE 300
4640 FORBES BOULEVARD
LANHAM, MARYLAND
20706-4323
(301) 306-1981
FAX (301) 306-1988